**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |  |
|---|---|---|
| EARL D. HICKSON and | : | |
| MARKLAND K. GRANT | : | Civil Action No. |
| Plaintiffs, | : | 11-6304 (NLH-JS) |
|  | : | |
| v. | : | **ORDER (CLOSED)** |
|  | : | |
| CHRISTOPHER C. MAURO, | : | |
| KATHLEEN M. BARTUS, | : | |
| SHARON FEDACZYNSKY, | : | |
| RUSSELL L. LICHTENSTEIN, | : | |
| VICTOR P. WASILAUSKAS, | : | |
| VINCENT J. RIZZO, JR., | : | |
| MARVIN L. FREEMAN, | : | |
| BRUCE WEEKS, | : | |
| BOARDWALK REGENCY CORP., | : | |
| d/b/a CAESARS ATLANTIC CITY | : | |
| HOTEL AND CASINO, and | : | |
| MARINA ASSOCIATES i/s/h/a | : | |
| Harrah's Hotel and Casino | : | |
| d/b/a HARRAH'S CASINO HOTEL | : | |
| ATLANTIC CITY a/k/a | : | |
| HARRAH'S ATLANTIC CITY | : | |
| Defendants. | : | |

Appearances:

EARL D. HICKSON
719 B KENTUCKY AVE
ATLANTIC CITY, NJ 08401
and
MARKLAND K. GRANT
1920 UNION STREET
APT. 4D
BROOKLYN, NY 11233
*Pro Se Plaintiffs*

**HILLMAN, District Judge**

      For the reasons explained in this Court's Opinion entered today, it is hereby

      **ORDERED** this 30th day of November, 2011, that the complaint is **DISMISSED WITHOUT PREJUDICE WITH LEAVE TO AMEND**

**WITHIN THIRTY (30) DAYS** of the date of entry of this Order.

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to **CLOSE** this case.

                                          s/Noel L. Hillman
                                       NOEL L. HILLMAN, U.S.D.J.

At Camden, New Jersey