**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| EARL D. HICKSON and MARKLAND K. GRANT<br>        Plaintiffs,<br><br>        v.<br><br>CHRISTOPHER C. MAURO,<br>KATHLEEN M. BARTUS,<br>SHARON FEDACZYNSKY,<br>RUSSELL L. LICHTENSTEIN,<br>VICTOR P. WASILAUSKAS,<br>VINCENT J. RIZZO, JR.,<br>MARVIN L. FREEMAN,<br>BRUCE WEEKS,<br>BOARDWALK REGENCY CORP.,<br>d/b/a CAESARS ATLANTIC CITY<br>HOTEL AND CASINO, and<br>MARINA ASSOCIATES i/s/h/a<br>Harrah's Hotel and Casino<br>d/b/a HARRAH'S CASINO HOTEL<br>ATLANTIC CITY a/k/a<br>HARRAH'S ATLANTIC CITY<br>        Defendants. | Civil Action No.<br>11-6304 (NLH-JS)<br><br>**ORDER (CLOSED)** |

Appearances:

EARL D. HICKSON
719 B KENTUCKY AVE
ATLANTIC CITY, NJ 08401
and
MARKLAND K. GRANT
1920 UNION STREET
APT. 4D
BROOKLYN, NY 11233
*Pro Se Plaintiff*s

**HILLMAN, District Judge**

        For the reasons explained in this Court's Opinion entered today, it is hereby

        **ORDERED** this  30th  day of November, 2011, that the complaint is **DISMISSED WITHOUT PREJUDICE WITH LEAVE TO AMEND**

**WITHIN THIRTY (30) DAYS** of the date of entry of this Order.

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to **CLOSE** this case.

                                                s/Noel L. Hillman
                                            NOEL L. HILLMAN, U.S.D.J.

At Camden, New Jersey